UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLIFFORD WILLIAMS JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-900** |
| **CONNECT HEALTH** | **SECTION "E"(4)** |

### ORDER

The Court, having considered the complaint,[1] the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

Accordingly,

**IT IS ORDERED** that Plaintiff Clifford Williams' §1983 claims and medical malpractice claims against CorrectHealth Medical Department (improperly identified as Connect Health) are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A as frivolous.

**New Orleans, Louisiana, this 6th day of June, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 3.
[2] R. Doc. 6.